```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```
_____

| | | |
|---|---|---|
| **NORTHERN LEASING SYSTEM, INC.,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 07-2586-JPM-egb |
| | ) | |
| **CLAUDIA ALLEN,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**
_____

Pending before the Court is the Report and Recommendation of Magistrate Judge S. Thomas Anderson, submitted March 12, 2008 (D.E. 8), recommending that Plaintiff's complaint be dismissed.

In determining that such action is appropriate, the Magistrate Judge found that Plaintiff's Notice of Removal (D.E. 1) did not allege a federal question or a sufficient claim for damages to confer jurisdiction on this Court.  The Magistrate Judge further found that there was no explanation as to why the case was removed from New York to the Western District of Tennessee.  Moreover, the Magistrate Judge noted that on February 5, 2008 the Court ordered the parties to show cause within twenty days as to why the case should not be dismissed for lack of subject matter jurisdiction or improper removal;

neither party responded to the Court's order.  Accordingly, the Magistrate Judge recommended dismissing the case.

No objections to the Report and Recommendation have been filed, and the time for filing objections has since expired. Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and DISMISSES Plaintiff's complaint.

So ORDERED this 14th day of May, 2009.

                                                        s/ JON PHIPPS McCALLA
                                                       UNITED STATES DISTRICT JUDGE